| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>CONRAD, GLEN E. | 2. Court or Organization<br><br>US DISTRICT COURT | | 3. Date of Report<br><br>05/12/2017 |
|---|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>CHIEF US DISTRICT JUDGE (ACTIVE) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final | | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| | 5b. ☐  Amended Report | | |
| 7. Chambers or Office Address<br><br>210 FRANKLIN RD - ROOM 206<br>P O BOX 2822<br>ROANOKE, VA 24001 | | | |
| *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information.* | | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Virginia Retirement System - retirement plan |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/12/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. House 2 Lots Pulaski Co., VA (see Part VIII) | | None | M | Q | | | | | |
| 2. House (40% int.) Dare County, NC (see Part VIII) | | None | N | Q | | | | | |
| 3. Stamp collection | | None | L | W | | | | | |
| 4. Coin collection | | None | J | W | | | | | |
| 5. Abbott Laboratories CS | A | Dividend | K | T | | | | | |
| 6. Abbvie CS | A | Dividend | K | T | | | | | |
| 7. Accenture PLC | A | Dividend | J | T | Buy (add'l) | 07/01/16 | K | | |
| 8. Allergan PLC (CS) | A | Dividend | L | T | | | | | |
| 9. Adobe Systems Inc. (CS) | A | Dividend | J | T | Buy | 06/02/16 | J | | |
| 10. Alcoa Inc. (CS) | A | Dividend | J | T | | | | | |
| 11. Amazon.com Inc. (CS) | A | Dividend | J | T | | | | | |
| 12. American Airlines Group Inc. (CS) | A | Dividend | J | T | | | | | |
| 13. American Electric Power (CS) | B | Dividend | K | T | | | | | |
| 14. American Funds AMCAP (CS) | A | Dividend | J | T | | | | | |
| 15. American Tower Corp. (CS) | A | Dividend | J | T | | | | | |
| 16. Amgen Inc. (CS) | A | Dividend | J | T | Buy (add'l) | 08/29/16 | K | | |
| 17. Amphenol Corp. (CS) | A | Dividend | K | T | Buy | 10/17/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Anheuser-Busch InBev (CS) | A | Dividend | J | T | | | | | |
| 19. Anthem Inc. (CS) | A | Dividend | J | T | | | | | |
| 20. Apple, Inc. (CS) | A | Dividend | L | T | | | | | |
| 21. Arconic Inc. (CS) | A | Dividend | J | T | Spinoff (from line 10) | 10/20/16 | J | | |
| 22. AT&T Corp. (CS) | B | Dividend | K | T | | | | | |
| 23. Berkshire Hathaway Inc. (CS) | A | Dividend | J | T | | | | | |
| 24. Boeing Company (CS) | A | Dividend | K | T | Sold (part) | 05/04/16 | J | | |
| 25. | | | | | Sold (part) | 05/09/16 | J | | |
| 26. Boulder Growth & Income Fund, Inc. (Mut Fund) | B | Dividend | K | T | | | | | |
| 27. Brookfield Asset Mgmt Inc. (CS) | A | Dividend | J | T | | | | | |
| 28. Bristol Myers Squibb Co. CS | A | Dividend | K | T | | | | | |
| 29. Capital One Financial Corp. CS | A | Dividend | K | T | Buy (add'l) | 03/23/16 | J | | |
| 30. | | | | | Sold (part) | 05/05/16 | K | | |
| 31. Carmax, Inc. (X) | A | Dividend | J | T | | | | | |
| 32. Celgene Corp. (X) | A | Dividend | J | T | | | | | |
| 33. Century Link CS | A | Dividend | K | T | | | | | |
| 34. Chubb Corp. CS | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Cisco Systems Inc. (CS) | A | Dividend | J | T | | | | | |
| 36. Citigroup Inc. (CS) | A | Dividend | J | T | | | | | |
| 37. CME Group, Inc. (CS) | A | Dividend | J | T | | | | | |
| 38. Comcast Corp. CS | A | Dividend | J | T | | | | | |
| 39. Conoco Phillips Corp. CS | C | Dividend | L | T | Buy (add'l) | 03/23/16 | J | | |
| 40. Consolidated Edison, Inc. CS | A | Dividend | K | T | | | | | |
| 41. CSX Corp. CS | A | Dividend | L | T | | | | | |
| 42. Chevron Texaco Corp. CS | D | Dividend | L | T | | | | | |
| 43. Cummins Inc. (CS) | A | Dividend | J | T | | | | | |
| 44. Danaher Corp. (CS) | A | Dividend | J | T | Buy (add'l) | 05/09/16 | K | | |
| 45. Diamond Hill Large Cap. (CS) | A | Dividend | J | T | | | | | |
| 46. Dish Network Corp. (CS) | A | Dividend | J | T | | | | | |
| 47. Disney Walt Co., (CS) | A | Dividend | K | T | Sold (part) | 04/14/16 | K | D | |
| 48. Dodge & Cox Intl. Stock (CS) | A | Dividend | J | T | | | | | |
| 49. Dominion Resources (CS) | A | Dividend | J | T | | | | | |
| 50. Dominos Pizza Inc. (CS) | A | Dividend | | | Buy | 04/14/16 | J | | |
| 51. | | | | | Sold | 05/12/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Duke Energy Corp. (CS) | A | Dividend | J | T | | | | | |
| 53. Emerson Electric Co. (CS) | A | Dividend | K | T | Buy | 03/23/16 | K | | |
| 54. Express Scripts CS | A | Dividend | J | T | | | | | |
| 55. Exxon Mobile Corp. (CS) | A | Dividend | J | T | | | | | |
| 56. Facebook, Inc. (CS) | A | Dividend | K | T | | | | | |
| 57. Fairpoint (CS) See Part VIII | A | Dividend | J | T | | | | | |
| 58. Fed Ex Corp. (CS) | A | Dividend | K | T | Buy | 10/26/16 | K | | |
| 59. Fleetcor Technologies Inc (CS) | A | Dividend | | | Sold | 01/14/16 | K | A | |
| 60. FMI Int'l (Mut. Fund) | A | Dividend | J | T | | | | | |
| 61. Fortive (CS) | A | Dividend | J | T | Spinoff (from line 44) | 06/15/16 | J | | |
| 62. | | | | | Sold (part) | 07/26/16 | J | A | |
| 63. FMI Large Cap (Mut Fund) | A | Dividend | J | T | | | | | |
| 64. Franklin VA Tax Free Income Fund | B | Dividend | M | T | | | | | |
| 65. | | | | | Sold (part) | 05/11/16 | M | D | |
| 66. Frontier Communications CS | A | Dividend | J | T | | | | | |
| 67. Fulton County, GA Dev. Auth. Rev RFDG Robert Woodruff ARts Ctr. Bond | A | Interest | L | T | Sold (part) | 05/12/16 | L | A | |
| 68. General Motors Co. (CS) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Glaxo Smithkline CS | B | Dividend | K | T | | | | | |
| 70. Alphabet, Inc. (CS) [parent company of Google, Inc.] | A | Dividend | K | T | | | | | |
| 71. Halozyme Therapeutic (CS) | A | Dividend | L | T | | | | | |
| 72. Hershey Company (CS) | A | Dividend | J | T | | | | | |
| 73. Home Depot, Inc. (CS) | A | Dividend | J | T | Sold (part) | 11/15/16 | J | C | |
| 74. Hospira (CS) | A | Dividend | J | T | | | | | |
| 75. IShares TR Russell 2000 EFT | A | Dividend | K | T | | | | | |
| 76. Intel Corp. (CS) | A | Dividend | J | T | | | | | |
| 77. Intrexon Corp. (CS) | A | Dividend | L | T | Buy (add'l) | 01/13/16 | K | | |
| 78. Invesco Fin. PLC SR Note | A | Interest | K | T | Buy | 04/04/16 | L | | |
| 79. | | | | | Sold (part) | 05/12/16 | K | | |
| 80. Johnson & Johnson (CS) | A | Dividend | J | T | | | | | |
| 81. JPMorgan Chase & Co. (CS) | A | Dividend | J | T | | | | | |
| 82. Kroger Co. (CS) | A | Dividend | | | Buy (add'l) | 03/18/16 | J | | |
| 83. | | | | | Sold (part) | 05/12/16 | J | | |
| 84. | | | | | Sold | 07/18/16 | K | | |
| 85. Laboratory Corp. of America (CS) | A | Dividend | K | T | Buy | 07/18/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Liberty Broadband Corp. (CS) | A | Dividend | J | T | | | | | |
| 87. Liberty Media Corp. (CS) | A | Dividend | J | T | | | | | |
| 88. Lockheed Martin Corp. (CS) | A | Dividend | | | Sold | 10/17/16 | K | A | |
| 89. Loews Corp. SR Note | A | Distribution | K | T | Buy | 04/20/16 | K | | |
| 90. | | | | | Sold (part) | 05/12/16 | K | A | |
| 91. Manhattan Assoc. Inc. CS | A | Dividend | | | Sold | 03/14/16 | K | C | |
| 92. Marathon Petroleum Corp. CS | A | Dividend | J | T | Sold (part) | 05/12/16 | J | | |
| 93. Markel Corp. (CS) | A | Dividend | J | T | | | | | |
| 94. Marsh & McLennan Cos Inc. SR Note | A | Distribution | L | T | Buy | 09/22/16 | L | | |
| 95. Merck & Co. Inc. (CS) | A | Dividend | J | T | | | | | |
| 96. MFS Int'l New Discovery (CS) | A | Dividend | J | T | | | | | |
| 97. Michael Kors Holdings Ltd. (CS) | A | Dividend | K | T | Buy | 04/21/16 | K | | |
| 98. Mohawk Industries, Inc. (CS) | A | Dividend | | | Sold | 07/01/16 | K | B | |
| 99. Mondelez Intl. Inc. (CS) | A | Dividend | J | T | | | | | |
| 100. Monsanto Co. (CS) | A | Dividend | J | T | | | | | |
| 101. JP Morgan Chase & Co. (CS) | A | Dividend | K | T | | | | | |
| 102. Nestle S.A. (CS) | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Nike (CS) | A | Dividend | J | T | Sold (part) | 05/12/16 | J | B | |
| 104.  Noble Energy Inc. (CS) | A | Dividend | K | T | Buy | 12/20/16 | K | | |
| 105.  Nokia | A | Dividend | J | T | Open | 01/14/16 | J | | |
| 106.  Nuveen VA Prem Income Municipal Fund | A | Dividend | J | T | | | | | |
| 107.  Oceaneering International, Inc. (CS) | A | Dividend | J | T | | | | | |
| 108.  Parker-Hannifin Corp. (CS) | A | Dividend | J | T | | | | | |
| 109.  Paycom Software Inc. (CS) | A | Dividend | | | Sold | 02/24/16 | J | | |
| 110.  Pepsico Inc. (CS) | A | Dividend | J | T | | | | | |
| 111.  Petmed Express Inc. (CS) | A | Dividend | K | T | Buy | 12/06/16 | K | | |
| 112.  Pfizer Inc. (CS) | A | Dividend | J | T | | | | | |
| 113.  Phillips 66 (CS) | A | Dividend | J | T | | | | | |
| 114.  PHV Corp. (CS) | A | Dividend | J | T | | | | | |
| 115.  Praxair Inc. (CS) | A | Dividend | J | T | | | | | |
| 116.  Qualcomm Inc. (CS) | A | Dividend | J | T | | | | | |
| 117.  Range Resources Corp. (CS) | A | Dividend | J | T | | | | | |
| 118.  Realty Income Corp. (CS) | A | Dividend | J | T | | | | | |
| 119.  RGC Resources, Inc. (CS) | A | Dividend | | | Sold | 05/12/16 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Schlumberger LTD (CS) | A | Dividend | J | T | Sold (part) | 05/12/16 | J | | |
| 121. Schwab Money Market Fund | A | Dividend | O | T | | | | | |
| 122. Scott & Stringfellow Money Market Fund | A | Dividend | K | T | | | | | |
| 123. Scottrade Money Market Fund | A | Dividend | N | T | Buy (add'l) | 06/29/16 | M | | |
| 124. J. M. Smucker Co. (CS) | A | Dividend | J | T | | | | | |
| 125. Snap On, Inc. (CS) | A | Dividend | | | Sold | 02/24/16 | K | D | |
| 126. Southern Company (CS) | A | Dividend | J | T | | | | | |
| 127. SPDR S&P Regional Banking ETF | A | Dividend | J | T | Buy | 11/15/16 | J | | |
| 128. Starbucks Corp. (CS) | A | Dividend | J | T | Sold (part) | 06/02/16 | J | B | |
| 129. Stryker Corp. (CS) | A | Dividend | J | T | Buy | 02/26/16 | J | | |
| 130. Suffolk, VA RFDG TXBL SER B | A | Dividend | K | T | Buy | 07/20/16 | K | | |
| 131. Suntrust Banks, Inc. (CS) | C | Dividend | M | T | | | | | |
| 132. Teleflex, Inc. (CS) | A | Dividend | K | T | Buy | 03/11/16 | K | | |
| 133. | | | | | Sold (part) | 12/06/16 | J | | |
| 134. Thermo Fisher Scientific, Inc. (CS) | A | Distribution | | | Buy | 06/23/16 | K | | |
| 135. | | | | | Sold | 12/20/16 | K | A | |
| 136. The Travelers Companies (CS) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. United Technologies Corp. (CS) | A | Dividend | J | T | | | | | |
| 138. US Bancorp Med Term Note CPN | A | Interest | L | T | Buy | 09/08/16 | L | | |
| 139. Valeant Pharm Int'l Inc. (CS) | A | Dividend | J | T | | | | | |
| 140. Victory Munder Mid-Cap Core Growth (CS) | A | Dividend | J | T | | | | | |
| 141. VISA Inc. (CS) | A | Dividend | J | T | | | | | |
| 142. Verizon Communications CS | B | Dividend | K | T | Buy (add'l) | 03/18/16 | K | | |
| 143. Wells Fargo CS | A | Dividend | J | T | | | | | |
| 144. Ziopharm Oncology, Inc. CS | A | Dividend | K | T | | | | | |
| 145. Farm, Albemarle Co., VA (1/4 interest) (see Part VIII) | | None | N | Q | | | | | |
| 146. Davenport & Co. LLC | A | Int./Div. | L | T | | | | | |
| 147. Land, Parcel #127, Albemarle Co., VA (1/3 interest) (see Part VII) | | None | K | Q | | | | | |
| 148. Land, Parcel #119-600, Albemarle Co., VA (1/3 int) (see Part VIII) | | None | M | Q | | | | | |
| 149. Land, Parcel #128, Albemarle Co., VA (1/3 int) (see Part VIII) | | None | K | Q | | | | | |
| 150. Land, Parcel #119-2400, Albemarle Co., VA (1/3 int)(see Part VIII) | | None | K | Q | | | | | |
| 151. Land, Parcel #14A, City of Charlottesville, VA (1/3 int)(Part VIII) | | None | K | Q | | | | | |
| 152. Land, 8 parcels, Albemarle Co, VA (1/3 int) (see Part VIII) | D | Rent | N | Q | | | | | |
| 153. Lowe's Cos. Inc. (CS) | A | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Colgate Palmolive Co. (CS) | A | Dividend | L | T | | | | | |
| 155. BB&T Corp. (CS) | A | Dividend | K | T | | | | | |
| 156. Caterpillar, Inc, (CS) | A | Dividend | J | T | | | | | |
| 157. Charlottesville VA Public Imprvmt-Ser. A Munic. Bond | A | Interest | K | T | | | | | |
| 158. Chesterfield Co VA Econ Dev Ref Juv Cts Ser A Bond | A | Interest | K | T | | | | | |
| 159. Culpeper Co. VA Sch & Ref Bond | B | Interest | K | T | | | | | |
| 160. Montgomery Co VA Econ Dev AU Ref Bond | A | Interest | K | T | | | | | |
| 161. Prince William Co VA Pub Imprvmt Bond | B | Interest | K | T | | | | | |
| 162. Roanoke Co Va Econ Dev Auth Hosp Caril Clin Oblg Grp | A | Interest | K | T | | | | | |
| 163. Spotsylvania Co. VA Bond Fund | A | Interest | K | T | | | | | |
| 164. Tennessee St Taxable Ser. D bond | A | Interest | K | T | | | | | |
| 165. Virginia St Clg Bldg Auth Educ Unrefnded Pub Hgr Ed bond | A | Interest | K | T | | | | | |
| 166. Virginia St Clg Bldg Auth Ed 21st Cent Clg & Equip bond | B | Interest | K | T | | | | | |
| 167. Virginia St Hsg Dev Auth Rental Hsg Ser B | A | Interest | K | T | | | | | |
| 168. Virginia St Hsg Dev Auth Homeo Ser B | B | Interest | L | T | | | | | |
| 169. Virginia St Pub Sch Auth Ref Sch Fing Ser C | A | Interest | K | T | | | | | |
| 170. Virginia St Pub Sch Auth Ref Sch Fing 1997 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Wellpoint Inc. (CS) (See Part VIII) | A | Dividend | | | Closed | 01/04/16 | J | | |
| 172. Western Union Co. (CS) | A | Dividend | K | T | | | | | |
| 173. Mainstay Goverment Inv. Fund (mut. fund) | A | Dividend | K | T | | | | | |
| 174. Mainstay High Yield Corp Bond Fund | A | Dividend | L | T | | | | | |
| 175. McDonalds Corp. (CS) | A | Dividend | J | T | | | | | |
| 176. General Electric Co. (CS) | A | Dividend | J | T | Buy (add'l) | 06/23/16 | J | | |
| 177. | | | | | Sold (part) | 10/26/16 | J | A | |
| 178. Chemours Co. (CS) | A | Dividend | J | T | | | | | |
| 179. E I DuPont De Nemours & Co. (CS) | A | Dividend | J | T | | | | | |
| 180. Sprint Nextel Corp. (CS) | A | Dividend | J | T | | | | | |
| 181. Windstream Holdings Inc. (CS) | A | Dividend | J | T | | | | | |
| 182. Alcatel-Lucent (CS) | A | Dividend | | | Merged (with line 105) | 01/14/16 | J | A | |
| 183. Deutsche Science & Tech Fund Class A (CS) | A | Dividend | L | T | | | | | |
| 184. Lord Abbett Affiliated Fund Class A (CS) | A | Dividend | L | T | | | | | |
| 185. Oppenheimer Equity Fund Class A | A | Dividend | L | T | | | | | |
| 186. Communications Sales & Leasing (CS) (See Part VIII) | A | Dividend | | | Closed | 01/04/16 | J | | |
| 187. Uniti Group Inc. (CS) | A | Dividend | J | T | Open | 01/04/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/12/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 1 - appraisal date -May 2004

Part VII, Line 2 - appraisal date - September 1999

Part VII, Line 57 - In Dec. 2016 Fairpoint was purchased by Consolidated Communications; acquisition is expected to close mid-2017

Part VII, Line 145 - appraisal date - July 2015

Part VII, Line 147 - appraisal date - July 2015

Part VII, Line 148 - appraisal date - July 2015

Part VII, Line 149 - appraisal date - July 2015

Part VII, Line 150 - appraisal date - July 2015

Part VII, Line 151 - appraisal date - July 2015

Part VII, Line 152 - appraisal date - July 2015

Part VII, Line 171 - Wellpoint, Inc. changed name to Anthem

Part VII, Line 186 - Communication Sales & Leasing, Inc. changed name to Uniti Group, Inc.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ GLEN E. CONRAD**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544